1  Jared T. Walker (SB#269029)
   2020 Capitol Avenue
2  Suite 7
   Sacramento, CA 95811
3  T: (916) 476-5044
   F: (916) 476-5064
4  jared@saclawoffices.com

5  Attorney for Plaintiff,
   JUDY L. RAND
6
                    IN THE UNITED STATES DISTRICT COURT
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9  JUDY L. RAND,                    )   Case No. 15-cv-01177-WBS-CKD
                                    )
10         Plaintiff,                )
                                    )   STIPULATION FOR FIRST 30 DAY
11         v.                        )   EXTENSION FOR PLAINTIFF TO
                                    )   FILE OPENING BRIEF
12 CAROLYN W. COLVIN,               )
   Acting Commissioner of Social Security, )
13                                  )
           Defendant.                )
14 _____)

15

16     IT IS STIPULATED, by and between the parties, through their respective counsel of record,

17 that the time for Plaintiff to file her Motion for Summary Judgment/Remand be extended thirty (30)

18 days until January 11, 2016. This is Plaintiff's first request for an extension of time. Despite due

19 diligence, Plaintiff's counsel is unable to prepare Plaintiff's opening brief in accordance with the

20 current scheduling order due to deadlines in unrelated matters, which Plaintiff's counsel must attend

21 to. Plaintiff's counsel apologizes to the Court and opposing counsel for any inconvenience.

22 ///

23

24 ///

25

26 ///

27

28 ///

Dated: December 11, 2015                Respectfully submitted,

                                        /s/ *Jared T. Walker*
                                        Jared T. Walker,
                                        Attorney for Plaintiff

SO STIPULATED:

                                        BENJAMIN WAGNER
                                        United States Attorney

Dated: December 11, 2015        By:     /s/ *Lara A. Bradt**
                                        (*authorized by e-mail on 12/11/2015*)
                                        Lara A. Bradt
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  December 16, 2015
                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE