BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LARA A. BRADT, CSBN 289036
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8921
    Facsimile: (415) 744-0134
    Email: lara.bradt@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JUDY L. RAND, | ) No. 2:15-CV-01177-WBS-CKD |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) EXTEND SCHEDULE |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The parties stipulate through counsel to extend the time for Defendant to file her opposing brief until March 5, 2016.  Defendant's counsel requests this extension in order to allow time to explore further the possibility of settling this matter. [1]

---

[1] Defendant's counsel respectfully asks the Court to excuse the late nature of this request.  The Court granted Plaintiff's request for an extension of time to file her brief until January 11, 2016 (Dkt. No. 15).  However, because Plaintiff filed her brief on January 1, 2016 (Dkt. No. 16), Defendant's brief was due on February 1, 2016.  Defendant's counsel just realized this error.

Def.'s Stip. to Extend Schedule, 2:15-CV-01177-WBS-CKD

1  DATE: February 3, 2016             Respectfully submitted,

2                                     JARED T. WALKER

3                                          /s/ *Jared T. Walker**
4                           BY: _____
                                     *authorized by email on Feb. 2, 2016
5                                    Attorney for Plaintiff

6  Date:   February 3, 2016           BENJAMIN B. WAGNER
                                      United States Attorney
7                                     DEBORAH LEE STACHEL
8                                     Acting Regional Chief Counsel, Region IX
                                      Social Security Administration
9                                     LARA A. BRADT

10
                                           /s/ *Lara A. Bradt*
11                          BY:  _____
                                   Lara A. Bradt
12                                 Special Assistant United States Attorney
                                   Attorney for Defendant
13

14
   IT IS SO ORDERED.
15
   Dated:  February 5, 2016
16
                                     _____
17                                   CAROLYN K. DELANEY
                                     UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28