BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LARA A. BRADT, CSBN 289036
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8921
    Facsimile: (415) 744-0134
    Email: lara.bradt@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JUDY L. RAND,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-CV-01177-WBS-CKD<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The parties hereby stipulate by counsel with the Court's approval as indicated by issuance of the Order below, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the Administrative Law Judge shall:  Reevaluate the medical evidence, including the medical-source opinions and explain the weight given to such evidence and reasons for assigning such weight; re-evaluate the residual functional capacity; reassess whether Plaintiff can perform her past relevant work or other jobs in the national economy, with the help of a vocational expert if necessary; and offer the claimant the opportunity for a new hearing and issue a new decision.

DATE:  February 11, 2016               Respectfully submitted,

                                            JARED T. WALKER

                                            /s/ *Jared T. Walker\**
                        BY: _____
                                      *authored by email on Feb. 10, 2016
                                      Attorney for Plaintiff

Date:   February 11, 2016              BENJAMIN B. WAGNER
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Acting Regional Chief Counsel, Region IX
                                      Social Security Administration
                                      LARA A. BRADT

                                            /s/ *Lara A. Bradt*
                        BY: _____
                                       Lara A. Bradt
                                       Special Assistant United States Attorney
                                        Attorney for Defendant

IT IS SO ORDERED.

Dated:  February 16, 2016

                                            _____
                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE